UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NIGHT OWL GAMES, LP <br> a Texas Limited Partnership <br> *Plaintiff*, <br><br> V. <br><br> ZYNGA INC., <br> a Delaware Corporation <br> and <br> ZYNGA GAME NETWORK INC., <br> a California corporation <br> *Defendants*. | § § § § § § § § § § § § § | CAUSE NO. 4:11-cv-04062 |

**PLAINTIFF'S NOTICE OF DISMISSAL**

COMES NOW, Plaintiff, Night Owl Games, LP, a Texas limited partnership (hereinafter "Night Owl Games"), and file its notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

1. Plaintiff is Night Owl Games.  Defendants are Zynga, Inc. and Zynga Game Network, Inc.

2. Defendants have not been served with process and have not served an answer or any pleadings.

3. This case is not a class action case.

4. A receiver has not been appointed in this case.

5. This case is not governed by any federal statute that requires a court order for dismissal of the case.

6. Plaintiff has not previously dismissed any federal or state court lawsuit based on or including the same claims as those in this case.

7. This dismissal is without prejudice to refilling.

**Prayer for Relief**

WHEREFORE, PREMISES CONSIDERED, Plaintiff Night Owl Games respectfully requests that this Court grants Plaintiff's Notice of Dismissal, and grant the Plaintiff all other relief it is justly entitled.

                                              Respectfully Submitted,

By:   /s/ Stephen A. Barnes_____
Stephen A. Barnes, MD, JD
TX Bar No. 24066953
McGEHEE ✯ CHANG, BARNES
Jack E. McGehee   TBN 13623700
H. C. Chang   TBN 24031930
Stephen A. Barnes   TBN 24066953
Benjamin T. Landgraf   TBN 24072199
1250 Wood Branch Park Dr., Suite 625
Houston, Texas  77079
(713) 864-4000
(713) 868-9393  fax

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NIGHT OWL GAMES, LP | § | |
| a Texas Limited Partnership | § | |
|     *Plaintiff*, | § | |
| | § | |
| V. | § | |
| | § | |
| ZYNGA INC., | § | CAUSE NO. 4:11-cv-04062 |
| a Delaware Corporation | § | |
| and | § | |
| ZYNGA GAME NETWORK INC., | § | |
| a California corporation | § | |
|     *Defendants.* | § | |

## ORDER

After considering Plaintiff's notice of dismissal, the Court hereby GRANTS the notice of dismissal and dismisses the above case without prejudice.

Signed this ___ day of _____, 2012.

_____
PRESIDING JUDGE


APPROVED AS TO FORM:

/s/ Stephen A. Barnes_____
Stephen A. Barnes, MD, JD TBN: 24066953
Jack E. McGehee  TBN 13623700
H. C. Chang  TBN: 24031930
Benjamin T. Landgraf  TBN: 24072199
1250 Wood Branch Park Dr., Suite 625
Houston, Texas  77079
(713) 864-4000
(713) 868-9393  fax
Attorneys for Plaintiff
W:\CASES\nonmp\NOG v ZYNGA\Declaratory Judgment.docx