UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NIGHT OWL GAMES, LP<br>a Texas Limited Partnership<br>    *Plaintiff*,<br><br>V.<br><br>ZYNGA INC.,<br>a Delaware Corporation<br>and<br>ZYNGA GAME NETWORK INC.,<br>a California corporation<br>    *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CAUSE NO. 4:11-cv-04062 |

## ORDER

After considering Plaintiff's notice of dismissal, the Court hereby GRANTS the notice of dismissal and dismisses the above case without prejudice.

Signed this 19th day of MARCH, 2012.

_____
PRESIDING JUDGE

APPROVED AS TO FORM:

/s/ Stephen A. Barnes
Stephen A. Barnes, MD, JD  TBN: 24066953
Jack E. McGehee  TBN 13623700
H. C. Chang  TBN: 24031930
Benjamin T. Landgraf  TBN: 24072199
1250 Wood Branch Park Dr., Suite 625
Houston, Texas  77079
(713) 864-4000
(713) 868-9393  fax
Attorneys for Plaintiff
W:\CASES\nonmp\NOG v ZYNGA\Declaratory Judgment.docx